UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN CLAYTON,

Plaintiff,

v.

JOHN DOES,

Defendants.

Civil Action No.
4:25-12370-MRG

## ORDER OF SUBSTITUTION

The Court having been apprised that the United States Attorney has certified that individual federal Defendants Derek Roy and William Hughes were acting within the scope of their employment at the time of the incident giving rise to Plaintiff John Clayton's claims against Defendants Roy and Hughes for invasion of privacy and violation of the Massachusetts Civil Rights Act, and the Court having been apprised of the substitution of the United States pursuant to the Federal Employees Liability Reform and Tort Compensation Act (28 U.S.C. § 2679):

It is hereby ORDERED that Plaintiff's claims for invasion of privacy and violation of the Massachusetts Civil Rights Act asserted against Defendants Roy and Hughes are hereby DISMISSED WITH PREJUDICE on the ground that the exclusive remedy for these claims is an action against the United States and because the United States has been substituted as the sole defendant on these claims.

Signed: /s/ Margaret R. Guzman

Margaret R. Guzman
U.S. District Judge

Dated: August 5, 2026